IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DWIGHT L. ALLEN,                              :
                                             :
                Plaintiff,                   :
                                             :
        v.                                   :        CIVIL ACTION NO.: CV511-078
                                             :
DARRELL HART, Deputy Warden;                 :
SHIRLYN THOMAS; Lt. Watters;                 :
KIM LEE; and Counselor PICTRI,               :
                                             :
                Defendants.                  :

## ORDER

After an independent and *de novo* review of the entire record, the undersigned

concurs with the Magistrate Judge's Report and Recommendation, to which Objections

have been filed.  In his Objections, Plaintiff asserts that he was in imminent danger

before and at the time he filed his Complaint and continues to be so.  Plaintiff, however,

overlooks the language of 28 U.S.C. § 1915(g), which requires a prisoner who has filed

three (3) or more "strikes" under this provision, to show that he was in imminent danger

of serious *physical* injury before he will be permitted to pursue a cause of action.

Plaintiff's Objections are **overruled**.   The Magistrate Judge's Report and

Recommendation is adopted as the opinion of the Court.  Plaintiff's Complaint is

AO 72A
(Rev. 8/82)

**DISMISSED**, without prejudice.  The Clerk of Court is directed to enter the appropriate

judgment of dismissal.

        **SO ORDERED**, this ___29___ day of ___December_____, 20___.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)