IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DWIGHT L. ALLEN,

   Plaintiff,

v.

DARRELL HART, Deputy Warden;
SHIRLYN THOMAS; Lt. Watters;
KIM LEE; and Counselor PICTRI,

   Defendants.

CIVIL ACTION NO.: CV511-078

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that he was in imminent danger before and at the time he filed his Complaint and continues to be so. Plaintiff, however, overlooks the language of 28 U.S.C. § 1915(g), which requires a prisoner who has filed three (3) or more "strikes" under this provision, to show that he was in imminent danger of serious *physical* injury before he will be permitted to pursue a cause of action.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is

**DISMISSED**, without prejudice. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 29 day of December, 20___.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA